UNITED STATES of America,
Plaintiff–Appellant,

v.

Sol C. SCHWARTZ, Abe Chapman, and
Frank C. Marolda,
Defendants–Appellees.

No. 88–1252.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 12, 1988.

Decided Aug. 12, 1988.

As Amended Aug. 31, 1988.

Before WRIGHT and POOLE, Circuit Judges, and HUPP, District Judge.[*]

The *order* of the district court is reversed, and the stay heretofore ordered by this court is vacated. The mandate will issue at once. *See United States v. Gatto,* 763 F.2d 1040 (9th Cir.1985).

An opinion will follow.